PER CURIAM.
We reverse and remand for the entry of separate commitment orders, one for each offense, see A.F. v. State, 718 So.2d 260 (Fla. 1st DCA 1998), and direct that the commitment order for the offense of battery must not exceed one year, see M.J.P. v. State, — So.2d -, 22 Fla.L. Weekly D2090, 1997 WL 536011 (Fla. 1st DCA Sept.3, 1997), approved 717 So.2d 459 (Fla.1998); C.P. v. State, 674 So.2d 183 (Fla. 2d DCA 1996); T.G. v. State, 677 So.2d 957 (Fla. 2d DCA 1996). In all other respects, we affirm.
Affirmed in part and reversed in part.
BENTON, VAN NORTWICK and PADOVANO, JJ., concur.